UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

EVELINA CALCANO, on behalf of herself and all other persons similarly situated,

                Plaintiff,

-against-

APTDECO, INC.,

                Defendant.

1:20-cv-06497-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff filed the Complaint on August 15, 2020. [ECF No. 1.] Proof of service filed with the Court on October 30, 2020, reflects that Defendant was served with the Complaint on October 27, 2020. [ECF No. 5.] To date, Defendant has not answered or otherwise appeared in this action.

Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **March 10, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Plaintiff is on notice that failure to prosecute this case may result in dismissal pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

**Date: February 8, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**